UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ARTHUR GARCIA, et al.,
Plaintiffs,
v.
VEOLIA WATER WEST OPERATING SERVICES, INC., et al.
Defendants.

Case No.: 26-cv-5624-JES-VET

**ORDER GRANTING JOINT MOTION/STIPULATION RE WAIVER OF SERVICE AND BRIEFING SCHEDULE**

**[ECF No. 6]**

Before the Court is the parties' joint motion regarding waiver of service and briefing schedule. ECF No. 6. Good cause appearing, the Court **GRANTS** the motion and **ORDERS** as follows:

1. Defendants in the above-captioned action shall waive service of the Complaint pursuant to Federal Rule of Civil Procedure 4(d).

2. In exchange, Defendants shall not be required to separately respond to the Complaint in this action. Instead, the Parties shall be bound by the omnibus filings and the upcoming motion to dismiss hearing (and any ruling therefrom) in *Partlow v. Veolia Water West Operating Services, Inc.* (Case No. 24-cv-21620), *Havens v. Veolia Water West Operating Services, Inc.* (Case No. 25-cv-1259), *Coronado Unified School District v. Veolia Water West Operating Services, Inc.* (Case No. 25-cv-1513), *Cruz v. Veolia Water*

*West Operating Services, Inc. et al.* (Case No. 26-cv-02510), and *Sammy's Woodfired Pizza v. Veolia Water West Operating Services, Inc*. (No. 26-cv-4500).

3. If necessary and approved by the Court after the motion to dismiss hearing, Plaintiffs in this action may file an amended complaint consistent with the Court's ruling on the omnibus motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 19, 2026

Honorable James E. Simmons Jr.
United States District Judge